PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE Southern DISTRICT OF TEXAS
## Galveston DIVISION

*United States Courts*
*Southern District of Texas*
**FILED**

**MAR 28 2023**

Nathan Ochsner, Clerk of Court

**José Santibañez #2212605**
Plaintiff's Name and ID Number

**Ramsey 1 Unit TDCJ**
Place of Confinement

CASE NO. _____
(Clerk will assign the number)

v.

**Bryan Collier, P.O. Box 99, Huntsville, Tx. 77342-0099**
Defendant's Name and Address

**Chris Norsworthy, Ramsey 1 Unit, 1100 FM 655, Rosharon, Tx. 77583**
Defendant's Name and Address

**Anthony Newton, Ramsey 1 Unit, 1100 FM 655, Rosharon, Tx. 77583**
Defendant's Name and Address
( DO NOT USE "ET AL.")

---

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be <u>legibly</u> handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACKSIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at you prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or a initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from you inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked "**NOTICE TO THE COURT OF CHANGE OF ADDRESS**" and shall not include any motion for any other relief. Failure to file a NOTICE OF THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:
   A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___ YES ✓ NO
   B. If your answer to "A" is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)
      1. Approximate date of filing lawsuit: N/A
      2. Parties to previous lawsuit:
         Plaintiff(s) N/A
         Defendant(s) N/A
      3. Court: (If federal, name the district; if state, name the county.) N/A
      4. Cause number: N/A
      5. Name of judge to whom case was assigned: N/A
      6. Disposition: (Was the case dismissed, appealed, still pending?) N/A
      7. Approximate date of disposition: N/A

Rev. 05/15

II. PLACE OF PRESENT CONFINEMENT: Ramsey 1 Unit, 1100 FM 655, Rosharon, Tx. 77583

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?   ✓ YES ___ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: José Santibañez, TDCJ # 2212605
Ramsey 1 Unit, 1100 FM 655, Rosharon, Tx. 77583

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

- Defendant #1: Bryan Collier, TDCJ executive director, P.O. Box 99, Huntsville, Tex. 77342-0099

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Failed to instruct individuals (wardens) with authority at every unit level (R1) to enforce and adequately apply policies and rules to adequately resolve matters with equality within parties

- Defendant #2: Chris Norsworthy, Warden at Ramsey 1 Unit
1100 FM 655, Rosharon, Tx. 77583 — Ramsey 1 Unit

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.

Failed to instruct personnel under his authority to adequately resolve my complaints related to my correspondence according to TDCJ policies and rules with fairness and equality.

- Defendant #3: Silvia Ceniceros, Mailroom Manager at Ramsey 1 Unit
1100 FM 655, Rosharon, Tx. 77583 — Ramsey 1 Unit

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.

Denied my right to communicate with my family and others by rejecting-deny incoming and outgoing legal, regular and special correspondence, deny due process on retaliatory adverse act.

- Defendant #4: Anthony Newton, Warden at Ramsey 1 Unit
1100 FM 655, Rosharon, Tx. 77583 — Ramsey 1 Unit

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Failed to instruct personnel under his authority to adequately resolve my complaints related to my correspondence according to TDCJ rules and policies with fairness and equality

- Defendant #5: Amy Salas, Mailroom Supervisor at Ramsey 1 Unit
1100 FM 655, Rosharon, Tx. 77583 — Ramsey 1 Unit

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Denied my right to communicate with my family and others by rejecting-deny incoming and outgoing legal, regular and special correspondence, deny due process on retaliatory adverse act.

Rev. 05/15

3

V.   STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

On ~~January~~ December 2020 I requested through I-60 permission and a I-25 form to order a publication from an outside vendor, the request was granted and proper procedures were followed by the ATC supervisor Janice E. Demeter, on or about March 2020 the vendor mailed the publication to my unit of assignment (R1), after proper time I sent a I-60 to the ATC supervisor and to Silvia Ceniceros-mailroom manager inquiring on my book who denied in numerous occasions been received or held the publication or other correspondence, I requested through I-60 to warden C. Norsworthy informal resolution, he failed to resolve my request, I sent at least 3 letters and ultimately contacted the vendor through my family, the vendor re-mailed the publication on or about July 2022, I sent numerous I-60s to Amy Salas mailroom supervisor inquiring on my book and lost correspondence, she denied been received or held anything, I requested an informal resolution through I-60 to warden A. Newton, he failed to resolve my requests; I filed Step 1 and 2 grievances, the grievance investigators failed to bound to TDCJ policies, further I received reprisals for use and participate in the grievance program.

VI.   RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

1) Injuction; 2) Declaratory Judgment; 3) Money Damages-nominal, compensatory and punitive; ~~4)~~ ~~5)~~ ~~6)~~ ~~7)~~

VII.   GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

José Santibañez

B. List all TDCJ-CID identificaiton numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

TDCJ # 2212605

VIII.   SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ___ YES ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): N/A
2. Case number: N/A
3. Approximate date sanctions were imposed: N/A
4. Have the sanctions been lifted or otherwise satisfied? ~~YES~~ ~~NO~~

Rev. 05/15

4

C. Has any court ever warned or notified you that sanctions could be imposed?    ___ YES  ✓ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that issued warning (if federal, give the district and division): ___N/A___
   2. Case number: ___N/A___
   3. Approximate date warning was issued: ___N/A___

Executed on: ~~March 17, 2023~~ March 23, 2023         José Santibañez
              DATE
                                                       José Santibañez
                                                       (Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from brining an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this ___17___ day of ___March___, 20 _23_.
           (Day)              (month)          (year)

                                                       José Santibañez
                                                       José Santibañez
                                                       (Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

Rev. 05/15

Dear Clerk,

Enclosed you will find:
- 2 1983 Motion-Complaints
- In Forma Pauperis - Motion
- 6 (six) month Inmate Trust Account Statement

Please file them together ~~and~~ with the 1983 complaints and bring them to the attention of the Court as soon is practicable.

Thank you for your help in this matter.

Respectfully Submitted,

José Santibañez
TDCJ # 2212605

Date: March 23, 2023

Jose Santibanez
TDCJ # 2212605
Ramsey 1 Unit
1100 FM 655
Rosharon, Tx. 77583

LEGAL MAIL

United States District Court
Southern District of Texas
Galveston Division
United States District Clerk Office
601 Rosenberg Street
Galveston, Tx. 77550

INDIGENT OFFENDER MAIL
STATE OF TEXAS
CRIMINAL
CORRECTIONAL
DIVISION

MAR 28

